# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KENDALL DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AETNA LIFE INSURANCE COMPANY, RICOH USA, INC. LONG-TERM DISABILITY PLAN, and RICOH USA, INC. SHORT-TERM DISABILITY PLAN, | ) Case No. 1:16-cv-00857-SJD ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Robert F. Seidler hereby enters his appearance as counsel for Defendants, Aetna Life Insurance Company, Ricoh USA, Inc. Long-Term Disability Plan, and Ricoh USA, Inc. Short-Term Disability Plan.  Please mark the docket accordingly.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: s/ Robert F. Seidler
Robert F. Seidler # 0074178
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
317.916.1300
317.916.9076 (FAX)
robert.seidler@ogletreedeakins.com

Attorney for Defendants

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2016 a copy of the foregoing *NOTICE OF APPEARANCE OF COUNSEL* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert F. Seidler*
Robert F. Seidler