UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KENDALL DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AETNA LIFE INSURANCE COMPANY, RICOH USA, INC. LONG-TERM DISABILITY PLAN, and RICOH USA, INC. SHORT-TERM DISABILITY PLAN, | ) Case No. 1:16-cv-00857-SJD ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a), Robert F. Seidler**, trial attorney for **Defendants, Aetna Life Insurance Company, Ricoh USA, Inc. Long-Term Disability Plan, and Ricoh USA, Inc. Short-Term Disability Plan,** in the above-referenced action, hereby moves the court to admit **Eric P. Mathisen** *pro hac vice* to appear and participate as counsel or co-counsel in this case for **Defendants, Aetna Life Insurance Company, Ricoh USA, Inc. Long-Term Disability Plan, and Ricoh USA, Inc. Short-Term Disability Plan.**

Movant represents that **Eric P. Mathisen** is a member of good standing in the highest court of **Indiana** as attested by the accompanying certificate from said Court, attached hereto as Exhibit 1, and that **Eric P. Mathisen** is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

**Eric P. Mathisen** is already registered for electronic filing with this Court.

**Eric P. Mathisen's** relevant identifying information is as follows:

Business Telephone: Telephone: 219-242-8666              Business Fax:  219-242-8669

Business address:  56 S. Washington St., Suite 302, Valparaiso, IN 46383.

Business e-mail address: Eric.Mathisen@ogletreedeakins.com

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: s/ Robert F. Seidler
Robert F. Seidler # 0074178
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
317.916.1300
317.916.9076 (FAX)
robert.seidler@ogletreedeakins.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that the foregoing *MOTION FOR ADMISSION PRO HAC VICE* was filed electronically on September 7, 2016 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Claire W. Bushorn Danzl
cbushorn@thebushornfirm.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *MOTION FOR ADMISSION PRO HAC VICE* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

NONE

s/ Robert F. Seidler
Robert F. Seidler