IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kendall Davis

     vs.                                  Case Number: 1:16cv857

Aetna Life Insurance Company, et al.,

## ORDER

This matter is before the Court upon defendant's Motion for Admission of attorney Eric P. Mathisen (Doc. 6).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Eric P. Mathisen is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                                              s/Susan J. Dlott
                                                                              Susan J. Dlott
                                                                              United States District Court