# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KENDALL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00857-SJD |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| RICOH USA, INC. LONG-TERM ) | |
| DISABILITY PLAN, and RICOH USA, ) | |
| INC. SHORT-TERM DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS DEFENDANTS
## RICOH USA, INC. LONG-TERM DISABILITY PLAN AND
## RICOH USA, INC. SHORT-TERM DISABILITY PLAN, WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 21, the parties jointly move to dismiss, without prejudice, Ricoh USA, Inc. Long-Term Disability Plan, and Ricoh USA, Inc. Short-Term Disability Plan (collectively "Plans") as Defendants in the above-referenced matter. As grounds for this Motion, the parties agree that the short-term disability and long-term disability benefits provided under the Plans in this case are insured by Defendant, Aetna Life Insurance Company ("Aetna"), pursuant to the group disability policy it issued. The parties further agree that Aetna will not assert that the Plans are either necessary or indispensable parties to this litigation.

Respectfully submitted,

| | |
|---|---|
| */s/ Claire Bushorn Danzl* (w/consent)<br>Claire W. Bushorn Danzl (0087167)<br>**THE BUSHORN FIRM, LLC**<br>407 Vine Street, Suite 260<br>Cincinnati, Ohio 45202<br>513.827.5771 phone<br>513.725.1148 fax<br>cbushorn@thebushornfirm.com | *s/ Eric P. Mathisen*<br>Eric P. Mathisen (*pro hac vice*)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383<br>Telephone: (219) 242-8666<br>Fax: (219) 242-8669<br>eric.mathisen@ogletreedeakins.com |

| ATTORNEYS FOR PLAINTIFF | Robert F. Seidler # 0074178<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>111 Monument Circle, Suite 4600<br>Indianapolis, IN 46204<br>317.916.1300<br>317.916.9076 (FAX)<br>robert.seidler@ogletreedeakins.com<br><br>*ATTORNEYS FOR DEFENDANTS* |
|---|---|

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing *JOINT MOTION TO DISMISS DEFENDANTS RICOH USA, INC. LONG-TERM DISABILITY PLAN AND RICOH USA, INC. SHORT-TERM DISABILITY PLAN, WITHOUT PREJUDICE* was filed electronically on September 12, 2016 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

> Claire W. Bushorn Danzl
> cbushorn@thebushornfirm.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *JOINT MOTION TO DISMISS DEFENDANTS RICOH USA, INC. LONG-TERM DISABILITY PLAN AND RICOH USA, INC. SHORT-TERM DISABILITY PLAN, WITHOUT PREJUDICE* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

> NONE

*s/ Eric P. Mathisen*

2